

# IN THE
# TENTH COURT OF APPEALS

### No. 10-10-00031-CV

**BIRKEL INVESTMENT HOLDINGS, LTD.,**

                                                    **Appellant**

 **v.**

**G-5 HOLDINGS, L.C.,**

                                                    **Appellee**

### From the 85th District Court
### Brazos County, Texas
### Trial Court No. 06-002109-CV-85

## MEMORANDUM  OPINION

Birkel Investment Holdings, Ltd. filed a notice of appeal on January 19, 2010 from an order of the trial court that granted a motion for judgment filed by G-5 Holdings, L.C.

Birkel Investment Holdings, Ltd. now seeks a dismissal of its appeal because the trial court granted a motion for new trial on February 17, 2010 and thus, the appeal is no longer necessary.

Accordingly, this appeal is dismissed.  TEX. R. APP. P. 42.1(a)(1).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
　　　Justice Reyna, and
　　　Justice Davis
Appeal dismissed
Opinion delivered and filed March 3, 2010
[CV06]